

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIPI BRISSETTE,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA HERNDON, WARDEN,<br><br>    Respondent. | Case No.  CV 09-2321-SGL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 5-19-09

_____
Stephen G. Larson
United States District Judge